# IN THE SUPREME COURT OF THE STATE OF NEVADA

CSAA GENERAL INSURANCE COMPANY,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RICHARD SCOTTI, DISTRICT JUDGE,

Respondents,

and

A'KIMIE GREGORY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NASSERRE HARDIMON, DEDEASED,

Real Party in Interest.

No. 75943

FILED

AUG 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

---

[1]We deny as moot petitioner's motion for stay and real party in interest's motion to exceed the page limit in her opposition to motion for stay. The clerk of this court shall return, unfiled, the opposition received on July 20, 2018.

cc:    Hutchison & Steffen, LLC/Las Vegas
Bertoldo Baker Carter & Smith
Clark Fountain La Vista Prather Keen & Littky-Rubin
Marquis Aurbach Coffing
Eighth District Court Clerk